JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL POLANCO,<br>Plaintiff,<br>v.<br>WALMART, INC.,<br>Defendant. | Case No. CV 26-9710-GW-DMKx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

In light of Plaintiff's Notice of Voluntary Dismissal with Prejudice [19] filed on October 6, 2026, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 6, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE